CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 195058
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br>        Plaintiff, <br><br>    v. <br><br> **Zackary and Sons, LLC,** a California Limited Liability Company; and Does 1-10, <br><br>        Defendants. | Case 2:18-CV-01493-PA-AFM <br><br> **Plaintiff's Application for Default Judgment by Court Against Zackary and Sons, LLC** <br><br> Date:   July 2, 2018 <br> Time:   1:30 p.m. <br> Ctrm:   9A <br><br> **NO ORAL ARGUMENT UNLESS REQUESTED BY COURT** |

To Defendant Zackary and Sons, LLC and the attorneys of record, if any: Please take notice that on July 2, 2018, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at 350 W. 1st Street, Courtroom 9A, 9th Floor, Los Angeles, California 90012. Plaintiff Chris Langer will present his application for default judgment against defendant Zackary and Sons, LLC. The Clerk has previously entered the default on defendant Zackary and Sons, LLC, on April 30, 2018.

At the time and place of hearing, plaintiff will present proof of the

1

following matters: (1) Defendant Zackary and Sons, LLC is not a minor or incompetent person or in military service or otherwise exempted under the Solider and Sailor's Civil Relief Act of 1940; (2) Defendant Zackary and Sons, LLC, has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages and $4,767.50 in attorney fees and costs as set forth in the attached declaration of Dennis Price and an Order directing the defendant to: provide compliant accessible parking space, accessible path of travel at the entrance and accessible transaction counter at the property located at or about 902 East 9th Street, Los Angeles, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendant Zackary and Sons, LLC on May 30, 2018, by first class United States Mail, postage prepaid.

Dated: May 29, 2018                    CENTER FOR DISABILITY ACCESS

                                       By: */s/ Dennis Price*
                                       Dennis Price, Esq.
                                       Attorneys for Plaintiff