**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>      Plaintiff,<br><br>    v.<br><br>ZACKARY AND SONS, LLC, a California Limited Liability Company; and Does 1-10,<br><br>      Defendants. | No. CV 18-1493 PA (AFMx)<br><br>JUDGMENT AND PERMANENT INJUNCTION |

In accordance with the Court's June 29, 2018 Order granting the Application for Default Judgment filed by plaintiff Chris Langer ("Plaintiff"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

    1.    Defendant Zackary and Sons, LLC ("Defendant") shall pay to Plaintiff the total amount of $8,767.50 (itemized as statutory damages of $4,000.00, attorneys' fees of $4,137.50, and litigation costs of $630.00); and

. . . .

. . . .

. . . .

. . . .

2. Defendant is ordered to provide an accessible parking space, an accessible path of travel at the entrance, and an accessible transaction counter at the property located at or about 902 East 9th Street, Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

DATED: June 29, 2018

                                              Percy Anderson
                                      United States District Judge